IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HARRIS,** | Case No. C 12-05114 YGR (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **W. KNIPP, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 20, 2013 to file a response to the order to show cause. Petitioner may file an opposition or traverse within 63 days after his receipt of the motion to dismiss or answer.

Dated: 3/19/13_____            _____
                                          The Honorable Yvonne Gonzalez Rogers

1

G:\PRO-SE\YGR\HC.12\Harris5114.grantEOT.doc

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HARRIS,

    Plaintiff,

v.

W. KNIPP et al,

    Defendant.
_____/

Case Number: CV12-05114 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Harris F54185
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: March 19, 2013

                                    Richard W. Wieking, Clerk
                                    By: Lisa Clark, Deputy Clerk

G:\PRO-SE\YGR\HC.12\Harris5114.grantEOT.doc