IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM HARRIS,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**W. KNIPP, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 12-05114 YGR (PR)<br><br>**ORDER** |

　　GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 20, 2013 to file a response to the order to show cause. Petitioner may file an opposition or traverse within 63 days after his receipt of the motion to dismiss or answer.

Dated: 3/19/13_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Yvonne Gonzalez Rogers

1

G:\PRO-SE\YGR\HC.12\Harris5114.grantEOT.doc

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HARRIS,

        Plaintiff,

 v.

W. KNIPP et al,

        Defendant.
                                           /

Case Number: CV12-05114 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Harris F54185
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: March 19, 2013

                                       Richard W. Wieking, Clerk
                                       By: Lisa Clark, Deputy Clerk

G:\PRO-SE\YGR\HC.12\Harris5114.grantEOT.doc