UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HARRIS,<br><br>    Petitioner,<br><br>  v.<br><br>W. KNIPP, Warden,<br><br>    Respondent.<br>_____/ | No. C 12-05114 YGR (PR)<br><br>**JUDGMENT** |

The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: December 2, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Harris12-5114.JUD.rmh.wpd