**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HARRIS, | No. C 12-05114 YGR (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W. KNIPP, Warden, | |
| Respondent. | |

The action having been dismissed, the Court hereby enters judgment in favor of respondent.  Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED:  December 2, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Harris12-5114.JUD.rmh.wpd