1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7

8   WILLIAM HARRIS,                          No. C 12-05114 YGR (PR)
9               Petitioner,                  (9th Cir. No. 14-15008)
10      v.                                   **GRANTING MOTION TO PROCEED**
                                             **IFP ON APPEAL**
11  W. KNIPP, Warden,
12              Respondent.                  **(Docket #21)**
13  _____/
14

15      Based solely on Petitioner's affidavit of poverty, the request to proceed in forma

16  pauperis on appeal is GRANTED should the Ninth Circuit grant Petitioner a certificate of

17  appealability.  This Court denied a certificate of appealability per Order filed on December 2,

18  2013.

19      The clerk shall terminate the motion in docket number 21.  The Clerk is instructed to

20  serve a copy of this Order on the parties and the Ninth Circuit.

21

22      **IT IS SO ORDERED**.

23  DATED: February 19, 2014                  _____
24                                            **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**
25
26
27
28